<mark>2009-14229
FILED
June 17, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001897067</mark>

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Norman D. Morrison IV #212090
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@W2LG.com

Attorneys for Debtor in Possession,
Enos Lane Farm Properties, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In the Matter of | CASE NO. 09-14229 |
|---|---|
| **ENOS LANE FARM PROPERTIES, LLC, dba Kern River Raceway,** | Chapter 11 |
| | DC No.: WW-7 |
| Debtor. | |
| Tax ID#:  20-8925554 | Date: N/A |
| | Time: N/A |
| Address:  9520 Taft Highway | Place: 1300 18th Street, Suite A |
| Bakersfield, CA 93311 | Bakersfield, California |
| | Judge: Honorable W. Richard Lee |

### ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL
### (ALEXANDER AND ASSOCIATES)

At Fresno, in the Eastern District of California:

An Application to Employ Special Counsel pursuant to 11 U.S.C. §327 was filed and noticed for hearing and there were no objections to the Application.

The Application having been served on the required parties, there being no objection, and based upon the Application and the record and verified statement required by Bankruptcy Rule 2014(a), it appears that the Attorneys are eligible to be

Amended Application to Employ Special Counsel; Statement of Compensation and ...; Declaration in Support

- 1 -

M:\D-F\Enos Lane Farm Properties\Pleadings\WW-7 App to Employ Special Counsel\Proposed Order on Amended Application to Employ Special Counsel.docx

<mark>RECEIVED
June 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001897067</mark>

employed, now, therefore,

IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

That the Debtors are authorized to retain Alexander & Associates as Special Counsel to provide representation in this Chapter 11 case as follows:

1. Special Counsel will represent the ~~Debtors in the litigation matters and matters identified in the Application, which includes representing~~ Debtor in Possession in those actions removed from the Superior Court of the State of California for the County of Kern,* the Adversary Proceeding filed by Debtor in Possession,** and possibly with the documentation of an overall sale of the real property; *preparation only at the direction of general counsel of*

2. The Application be, and hereby is, granted; and

3. Fees for services rendered are subject to allowance by the Court and are subject to the provisions of §§327, 329, 330 and 331. No fees or rates are approved by this order.

Presented by:

WALTER & WILHELM LAW GROUP
a Professional Corporation

_[signature]_
Riley C. Walter
Attorneys for Debtors

Dated: June 17, 2009

\* adversary proceedings Nos
09-1110
09-1111
09-1112
09-1113
09-1114

\*\* adversary proceeding No
09-1115

_[signature]_
W. Richard Lee
United States Bankruptcy Judge